UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YIHAN WANG,

Plaintiff,

v.

Todd Blanche, U.S. ATTORNEY GENERAL, Markwayne Mullin, U.S. SECRETARY OF HOMELAND SECURITY, Joseph B. Edlow, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and Rose M. Kendrick, ACTING DIRECTOR, NATIONAL BENEFITS CENTER, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

------------------------------------------------------------x

**STIPULATION OF DISMISSAL <u>WITHOUT PREJUDICE</u>**

Civil Action No.
1:26-CV-4890

(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
September 16, 2026

By: /s/ Clement A. Francis
Clement A. Francis
3636 Prince Street, Suite 303
Flushing, NY 11354
(718) 963-6666
clementfrancisesq@gmail.com
*Counsel for Plaintiff*

SO ORDERED. ROBERT LEVY

Robert M. Levy
United States Magistrate Judge

9/17/26

Dated: Brooklyn, New York
September 17, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s Justin S. Kirschner*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov